*In the Matter of the Marriage of* SYLVAN I.
JOHNSON, *Respondent, and* JOSEPHINE
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 10165, Thomas G. McCrea, J., entered August
28, 1978. *Reversed* and *remanded* by unpublished opinion

per Dore, J., concurred in by Swanson, A.C.J., and James, J.